UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

FILED
MAR 19 2002
Clerk, U.S. District Court
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                         ) | Criminal No.: 02-131 |
| ) | |
| ANA BELEN MONTES,          ) | |
| Defendant.        ) | |

### FACTUAL PROFFER IN SUPPORT OF THE GUILTY PLEA

1. On or about September 30, 1985, the defendant, ANA BELEN MONTES, was employed by the Defense Intelligence Agency ("DIA") as an intelligence research specialist, and was granted authorized access to information relating to the national defense and classified for national security reasons up to and including "Top Secret." Shortly thereafter she was granted authorized access to Sensitive Compartmented Information ("SCI"). In addition, from 1985 to 2001, defendant Montes periodically was granted authorized access to Special Access Program ("SAP") information. The defendant subsequently became an intelligence officer and was finally promoted to work as a senior intelligence analyst. She worked at Bolling Air Force Base in the District of Columbia. Since 1992, the defendant has specialized in matters pertaining to Cuba.

2. Pursuant to Executive Orders No. 12,356, and No. 12,958, "Top Secret," "Secret" and "Confidential" apply to information, the unauthorized disclosure of which reasonably could be expected to cause damage to the national security. From 1980 to 2001, pursuant to the Department of Defense Information Security Program, SCI was defined as information and material that requires special controls for restricted handling within compartmented intelligence systems and for which compartmentation is established. During the same period, and also pursuant to the Department of Defense Information Security Program, a SAP referred to a



program imposing "need-to-know" and access controls beyond those normally provided for access to "Confidential," Secret" or "Top Secret" information.

3. Since July 1, 1977, the DIA has been an agency of the United States Department of Defense and is responsible for the foreign intelligence requirements of the Secretary of Defense, the Joint Chiefs of Staff, the Department of Defense components and other authorized recipients, and to provide the military intelligence contribution to national intelligence.

4. At no time did the defendant, ANA BELEN MONTES, have authority to declassify classified information or to release or authorize the release of classified information to the government of Cuba.

5. In or around September 1985, the defendant, ANA BELEN MONTES, willfully, surreptitiously and without authorization, began to provide classified information, lawfully available to her through her assigned duties as a United States government employee, to the government of Cuba.

6. On or about August 8, 1992, in the District of Columbia, the defendant, ANA BELEN MONTES, typed a message which she intended to deliver clandestinely to the Cuban intelligence service, that included United States information classified "Secret" and relating to the national defense of the United States.

7. In or around May 1994, the defendant, ANA BELEN MONTES, disclosed to the Cuban intelligence service United States information classified "Secret," specifically, the identity of a covert United States intelligence officer as well as the planning and goals of the United States intelligence community with respect to Cuba.

8. In or around August 1996, the defendant, ANA BELEN MONTES, disclosed to the Cuban intelligence service the identity of a second covert United States intelligence officer, which information was classified "Secret."

9. On or about October 3, 1996, the defendant, ANA BELEN MONTES, delivered to the Cuban intelligence service photographs and printed materials containing classified United States information.

10. Subsequently, in or around October 1996, the Cuban intelligence service delivered a message to the defendant, ANA BELEN MONTES.

11. In or around October 1996, the Cuban intelligence service clandestinely delivered to the defendant, ANA BELEN MONTES, computer programs to enable her to encrypt her future messages sent clandestinely to the Cuban intelligence service and to decrypt future messages sent to her clandestinely from the Cuban intelligence service. During the period October 1996, to February 1999, the defendant, ANA BELEN MONTES, utilized a Toshiba laptop computer to encrypt and decrypt communications between herself and the Cuban intelligence service. The defendant's messages to the Cuban intelligence service composed by her on the laptop during this period included both SCI and SAP information.

12. On or about December 8, 1996, the defendant, ANA BELEN MONTES, traveled from the District of Columbia to Suffolk, Virginia, to participate in a United States military exercise, pursuant to her assigned DIA duties. In order for the defendant to participate in the exercise, and because the exercise would involve information classified up to "Top Secret," her security clearances were formally and officially transmitted to the exercise site.

13. Prior to attending the exercise in Suffolk, the defendant, ANA BELEN MONTES, had clandestinely advised the Cuban intelligence service that she would be participating in this United States military exercise. In response the Cuban intelligence service had tasked her to gather and transmit to them information regarding the exercise.

14. On or about May 9, 1997, in the District of Columbia, the defendant, ANA BELEN MONTES, composed a message for the Cuban intelligence service containing United States information classified "Secret" and related to the national defense of the United States.

15. On or about May 15, 1997, the defendant, ANA BELEN MONTES, composed a message to the Cuban intelligence service containing United States information classified "Top Secret" and related to the national defense of the United States.

16. On or about May 21, 1997, the defendant, ANA BELEN MONTES, composed a message for the Cuban intelligence service setting forth (1) the identities of a third and a fourth covert United States intelligence officer, (2) additional United States information classified "Secret," and (3) additional United States information classified "Top Secret." The United States information in this message included information relating to the national defense of the United States.

17. On or about April 15, 2001, in the District of Columbia, the defendant, ANA BELEN MONTES, communicated clandestinely with the Cuban intelligence service.

18. During the period May 20, 2001, to September 16, 2001, the defendant, ANA BELEN MONTES, sent messages to the Cuban intelligence service by periodically calling a pager number, provided to her for that purpose by the Cuban intelligence service, from public pay telephones in the District of Columbia and in Chevy Chase and Bethesda, Maryland. Because

the pager number was a long-distance call from these pay phones, the defendant would utilize a pre-paid calling card to pay for the calls. By utilizing the pre-paid calling card, instead of billing the calls to her personal long-distance account, and by using public pay telephones, no telephone record would be made linking defendant to these calls. Upon reaching the pager during these calls, the defendant would key in a short series of numbers that corresponded to general, pre-established messages, such as "I received message," or "danger." The Federal Bureau of Investigation was able to identify these communications because of their physical surveillance of the defendant.

19. During her espionage on behalf of Cuba, the Cuban intelligence service periodically communicated with the defendant, ANA BELEN MONTES, by broadcasting radio messages on high frequencies. The messages were broadcast on frequencies and at times which the Cuban intelligence service had made known in advance to the defendant. The encrypted messages consisted of series of five-number groups. The defendant, ANA BELEN MONTES, would monitor these broadcasts, in the District of Columbia, on a commercially purchased short-wave radio. She would then type the numbers, in the order and grouping that they were broadcast to her, into a computer and employ a decryption computer program, provided to her by the Cuban intelligence service, to convert the messages into Spanish text.

20. The defendant, ANA BELEN MONTES, last communicated with the Cuban

intelligence service by telephone pager on September 16, 2001.  She was arrested pursuant to a federal arrest warrant on September 21, 2001.

                                            Respectfully submitted,

                                            ROSCOE C. HOWARD, JR.
                                            UNITED STATES ATTORNEY

by:      _____
                                            Ronald L. Walutes, Jr.
                                            Assistant United States Attorney
                                            555 Fourth Street, N.W.
                                            Washington, D.C.  20001
                                            (202) 514-6966

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was served by hand upon counsel for the defendant, Plato Cacheris, Esquire; Preston Burton, Esquire; John F. Hundley, Esquire on this 18th day of March, 2002.

Ronald L. Walutes, Jr.
Assistant United States Attorney