UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Crim. No. 02-131(RMU) |
| ) | |
| ANA BELEN MONTES, ) | |
| Defendant. ) | |

**FILED**
MAR 2 5 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Based upon the representations made in the parties joint Motion to Temporarily Transfer Custody of the Defendant from the United States Marshal's Service to the Federal Bureau of Investigation, it is this 25 day of March 2002, hereby

**ORDERED** that on March 26, 2002, the United States Marshal's Service shall transfer the defendant, Ana Belen Montes, to the custody of the Federal Bureau of Investigation and shall provide the defendant to the Federal Bureau of Investigation in the future on an as needed basis. This temporary custody authority shall terminate on September 23, 2002, unless renewed by further order of the Court.

It is **FURTHER ORDERED** that on March 26, 2002, and on any other subsequent date when the Federal Bureau of Investigation has taken temporary custody of the defendant, Ana Belen Montes, the Federal Bureau of Investigation shall return the defendant to the custody of the United States Marshal's service.

SO ORDERED.

RICARDO M. URBINA
United States District Judge
for the District of Columbia